**James Maxwell GIBSON,
Plaintiff–Appellant,**

v.

**J. Michael STOUFFER, Former Commissioner of Corrections; Gregg L. Hershberger, Warden; Kathleen Green, Warden; Dennis . Johnson, . Lieutenant; Frank B. Bishop, Warden; Thomas Parker, Sergeant; Unknown Defendants, Defendants–Appellees.**

No. 14–7214.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 18, 2014.

Decided: Dec. 23, 2014.

James Maxwell Gibson, Appellant Pro Se. Nichole Cherie Gatewood, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before SHEDD, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Maxwell Gibson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Gibson v. Stouffer*, No. 1:13–cv–02040–GLR, 2014

WL 3887940 (D.Md. Aug. 6, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*